

RECEIVED

AUG 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

8/28/2023

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS.

| | | |
|---|---|---|
| MUNICIPAL CORPORATION OF BURR RIDGE, ILLINOIS | ) | CASE # 2023M000635 |
| V. | ) | **NOTICE OF REMOVAL** |
| Patrick James McPartlin "cf" | ) | **REMOVED FROM:** |
| (PATRICK MCPARTLIN) | ) | **18TH JUDICIAL CIRCUIT** |
| | ) | **COURT, DUPAGE** |
| | ) | 1:23-cv-06270 |
| | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | Random Assignment |

**To: The Clerk of the United States District Court for the Northern District of Illinois.**

## THE DEFENDANTS NOTICE OF REMOVAL, AMENDED

**_Invoking 16 Am Jur2d, Sec 177 late 2d, Sec 256_** "The United States Constitution is the Supreme Law of the land, and any Statute to be valid must be in agreement it is impossible for both the Constitution and a law violating it to be valid. The Constitution must prevail." **_See Article 6 Paragraph 2_** of the U.S. Constitution "The Supremacy Clause". **_See Marbury v Madison 5 U.S. 137._** Invoking Common law. Invoking "Selective Incorporation", the Bill of Rights apply to the States. Good Cause Shown.

Patrick James McPartlin, the defendant, a natural man, hereby removes this case from the 18th Judicial Circuit Court, County of DuPage Illinois, to the United States Northern District Court, Chicago Illinois, pursuant to U.S.C. section 1443.

1- The pending action in case # 2023M000635, the Municipality of Burr Ridge, Illinois must be reviewed by the United States District Court due to several conflicts between the State Statutes and The United States Constitution, and Federal law.

2- Violation of my **_5th amendment right of Double Jeopardy_**. Jill Otte, the presiding judge in this case erroneously and arbitrarily, thru negligence issued a Mittimus Failure to Post Bond warrant on June 16th, 2023 at 11:47am **(see attachment exhibit "A")** for nothing. Jill Otte issued the initial Mittimus bond for $5,000 on May 24th, 2023 at 10:33am **(see attachment exhibit "B")** for a supposed failure to appear. Against my consent under duress, I served the 17 days to pay off

2

the unlawful bond. Instead of being released, jill Otte issued the second bond on June 16th, 2023 at 11:47am for $3,000 for no reason. She claimed failure to appear but I already served out the unlawful $5,000 bond for that unlawful claim. The municipality of Burr Ridge Illinois, made me serve time for the same offense TWICE! That's double jeopardy. **5th Amendment violation**. There is no good faith here, jill Otte is deemed to Know the Law, see **Byars v United States 273 U.S. 28 (1927).** "Judges are deemed to know the law, and they lose any immunity when violating the law, the constitution". This is also a violation of my **first amendment right to life, liberty, and the pursuit of happiness.** My **8th amendment** right against excessive fines and cruel and unusual punishment. And my **13th Amendment** right to not being compelled into slavery, SEE **Matthews Vs Wright 209 VA 246 163 2d 158,** "imprisonment for failure to pay costs constitutes involuntary servitude." My **14th amendment** right to equal protection under the law.

3- The Statute mentioned 720 ILCS 5/110-14d is not in agreement with the law, none of the statutes from Burr Ridge Illinois have been in accordance with the law, Under every statute there is a law that comes with it at the bottom of the statute (P.A. for Public Act or P.L. for Public Law). This law/act and the statute must be in agreement and they are not in agreement. Tis makes everything null and void pursuant to the **law of voids.**

4- No Cause of action for which relief can be granted. No proof of subject matter jurisdiction on the court record. Subject matter jurisdiction cannot be waived. Discrimination, Malfeasance, nonfeasance, Bias – They keep calling me a "Sovereign Citizen" which is erroneous and arbitrary HOW DARE THSESE UNCONSTITUTIONAL PUBLIC SERVANTS CALL ME ANTI GOVERNMENT!!!!!!!!! I'M PRO GOVERNMENT!!! That's why I'm standing up to them!! This has been a major issue in this frivolous case. They can't ever prove I am anti Government. I can prove they are though. I am with "THE EDUCATION OF LAW MOVEMENT" DEFINITELY not A "SOVEREIGN CITIZEN".Also Forcing a PD on me against my consent. I choose to not be involved with the bar association**. see Murdoch v Pennsylvania 319 U.S. 105** "No state can convert a secured liberty into a privilege and issue a license or fee for it." I have a **first amendment** right to work and choose the profession of my choice without being licensed or charged a fee. I'm being discriminated against for not being or hiring a bar member. It doesn't matter if I'm a bar member or not, THE LAW IS THE LAW AND IT MUST BE OBEYED BY EVERYBODY, **see rule of law.**

For these reasons, and the fact that I feel I have no chance for a fair an unbiased trial against, out of control, public servants, this case must be moved to Federal court so these conflicts can be straightened out by a federal judge.

Please forgive any spelling or grammar errors.

Thank You,

Patrick James McPartlin
All rights reserved

**MITTIMUS - FAILURE TO POST BOND**  2023MT000635-148

**STATE OF ILLINOIS**  
UNITED STATES OF AMERICA  
**COUNTY OF DU PAGE**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS

2023MT000635  
CASE NUMBER

VS

**FILED**

23 Jun 16 AM 11: 47

*Candice Adams*

PATRICK J MCPARTLIN

DEFENDANT

CLERK OF THE  
18TH JUDICIAL CIRCUIT  
DUPAGE COUNTY, ILLINOIS  
File Stamp Here

# MITTIMUS
## FAILURE TO POST BOND

**TO THE SHERIFF OF DU PAGE COUNTY:**

You are hereby commanded to receive the above Defendant into your custody, and safely keep for examination or arraignment before this Court and keep until, or unless discharged by due process of law; and for so doing this shall be your sufficient warrant.

**OFFENSE** OPERATE MOTOR VEHICLE WHEN REGISTRATION SUSPENDED FOR NONINSURANCE - 2ND OR SUBSEQUENT OFFENSE

COURT DATE 07/12/2023    TIME 09:30 AM    ROOM 3001B

BAIL SET AT $ 3000.00    ☒ 10% Bail Authorized    ☐ Full Bond Required    ☐ NO BOND

☐ Personal Recognizance

☐ No Category B Monetary Bail Reduction Pursuant to 725 ILCS 5/110-14(d)

**Judge** _____  File Date: 06/16/2023

JUDGE JILL OTTE  
Validation ID : DP-06162023-1147-12471

**Date** 06/16/2023

☐ Mittimus Status Check Date _____ at _____ Room _____  
(505 North County Farm Road, Wheaton, Illinois)

**DEFENDANT INFORMATION**

☒ Male    Race _____    Document Control # _____  
☐ Female

| MCPARTLIN | PATRICK | J |
|---|---|---|
| Last | First | Middle Initial |
| 59 DERBY CT | OAK BROOK | IL | 60523 | |
| Address | City | State | Zip | Telephone |

Originating Department or Municipal # BR

Jail #

Jailer Fee $

Executed the within Mittimus by taking the body of the within named Defendant and delivering to the keeper of the common jail of said County

_____

Peace Officer: _____

Received the within named defendant into my custody, at the common jail of said County on (date) _____

_____

Sheriff of DuPage County

Distribution: Original - Circuit Clerk Copies - State's Attorney - Sheriff - Defense Attorney

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©  
WHEATON, ILLINOIS 60187-0707    Page: 1 of 1  
Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-06162023-1147-12471

EXHIBIT "B"

MITTIMUS - FAILURE TO POST BOND                                                                2023MT000635-113

**UNITED STATES OF AMERICA**
STATE OF ILLINOIS — IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT — COUNTY OF DU PAGE

PEOPLE OF THE STATE OF ILLINOIS

2023MT000635
CASE NUMBER

VS

PATRICK J MCPARTLIN
DEFENDANT

**FILED**
23 May 24 AM 10: 33

*Candice Adams*
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS
File Stamp Here

## MITTIMUS
## FAILURE TO POST BOND

**TO THE SHERIFF OF DU PAGE COUNTY:**

You are hereby commanded to receive the above Defendant into your custody, and safely keep for examination or arraignment before this Court and keep until, or unless discharged by due process of law; and for so doing this shall be your sufficient warrant.

OFFENSE: OPERATE MOTOR VEHICLE WHEN REGISTRATION SUSPENDED FOR NONINSURANCE - 2ND OR SUBSEQUENT OFFENSE

COURT DATE 07/12/2023     TIME 09:30 AM     ROOM 3001B

BAIL SET AT $ 5000.00     ☒ 10% Bail Authorized     ☐ Full Bond Required     ☐ NO BOND

☐ Personal Recognizance

☐ No Category B Monetary Bail Reduction Pursuant to 725 ILCS 5/110-14(d)

Judge _____ File Date: 05/24/2023
JUDGE JILL OTTE
Validation ID : DP-05242023-1033-32723
Date     05/24/2023

☐ Mittimus Status Check Date _____ at _____ Room _____
(505 North County Farm Road, Wheaton, Illinois)

**DEFENDANT INFORMATION**

☒ Male
☐ Female     Race _____     Document Control # _____

| MCPARTLIN | PATRICK | J |
|---|---|---|
| Last | First | Middle Initial |
| 59 DERBY CT | OAK BROOK | IL | 60523 | |
| Address | City | State | Zip | Telephone |

Originating Department or Municipal # BR

Jail # _____

Jailer Fee $ _____

Executed the within Mittimus by taking the body of the within named Defendant and delivering to the keeper of the common jail of said County

Peace Officer: _____

Received the within named defendant into my custody, at the common jail of said County on (date) _____

_____
Sheriff of DuPage County

Distribution: Original - Circuit Clerk Copies - State's Attorney - Sheriff - Defense Attorney

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707
Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-05242023-1033-32723

Page: 1 of 1